## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON HENO** | **CIVIL ACTION NO: 22-CV-1864** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **FEDNAT INSURANCE COMPANY AND LOUISIANA INSURANCE GUARANTY ASSOCIATION** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## ORDER AND REASONS

Before the Court is Plaintiff Sharon Heno's ("Heno's") Motion to Remand.  R. Doc. 24. The basis of Heno's motion is that the parties in this case, which was removed to this Court solely on the basis of diversity jurisdiction, are no longer diverse after the Louisiana Insurance Guaranty Association ("LIGA") was added as a defendant.[1]  The Court agrees.

Title 28, United States Code, Section 1332 gives federal courts subject matter jurisdiction over a matter when the parties are completely diverse and the amount in controversy exceeds $75,000 exclusive of interest and costs.  28 U.S.C. § 1332.  These requirements are not met in this case.  Heno alleges in her Amended Complaint that she is a citizen of Louisiana, and it is well established that LIGA is a citizen of Louisiana for diversity purposes.[2]  Diversity jurisdiction, therefore, does not exist in this matter.

Accordingly, **IT IS ORDERED** Heno's Motion to Remand (Record Document 24) is **GRANTED**.

---

[1] LIGA did not file an opposition to Heno's motion.

[2] LIGA, as an unincorporated association "has the citizenship for diversity purposes of each of its constituent member insurers."  *Temple Drilling Co. v. La. Ins. Guar. Ass'n*, 946 F.2d 390, 394 (5th Cir. 1991).  Centauri National Insurance Company, one of LIGA's constituent member insurers, is a citizen of Louisiana, and, therefore, LIGA is a citizen of Louisiana for diversity purposes.  *See also Keiffer v. S. Fidelity Ins. Co.*, No. 22-CV-863, 2023 WL 157631, at *1 n.3 (finding LIGA is a citizen of Louisiana for purposes of diversity) (Ashe, J.); *14th St. Props., LLC v. S. Fid. Ins. Co.*, No. 22-CV-1593, 2023 WL 416317, at *1 ("[F]or purposes of the diversity jurisdiction analysis, . . . LIGA [is a] citizen[] of Louisiana.") (Brown, C.J.).

**IT IS FURTHER ORDERED** this matter is **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this 17th day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**